IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

C & R, Inc., et al.,              :

     Plaintiffs,             :

    v.                           :     Case No. 2:05-cv-1124

Liberty Mutual Fire Insurance     :     JUDGE SMITH
Company, et al.
                                        :

     Defendants.

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 21, 2006.  No objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The motion to remand is GRANTED.  This case is REMANDED to the Franklin County, Ohio Court of Common Pleas.

                                                /s/ George C. Smith
                                                George C. Smith
                                                United States District Judge